UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
CURTIS D. ELZY                      §    Case No. 11-49639
JACKIE R. ELZY                      §
                                    §
                                    §
            Debtor(s)               §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                        .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                 $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Frances Gecker_____
                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-49639 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CURTIS D. ELZY | | | | Date Filed (f) or Converted (c): | 12/10/2011 (f) |
| | JACKIE R. ELZY | | | | 341(a) Meeting Date: | 01/27/2012 |
| For Period Ending: | 11/18/2014 | | | | Claims Bar Date: | 09/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9253 S. LOWE CHICAGO, IL 60620 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. 5337 S. CARPENTER CHICAGO, IL 60609 | 80,000.00 | 0.00 | | 0.00 | FA |
| 3. 5334 S. CARPENTER CHICAGO, IL 60609 | 30,000.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS - Archer Bank | 2,543.91 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS - Chase | 709.16 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 3,000.00 | 1,543.91 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 9. FURS AND JEWELRY | 500.00 | 500.00 | | 0.00 | FA |
| 10. FIREARMS AND HOBBY EQUIPMENT | 100.00 | 100.00 | | 0.00 | FA |
| 11. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 12. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 13. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 14. INSURANCE POLICIES | 1,634.96 | 0.00 | | 0.00 | FA |
| 15. PENSION / PROFIT SHARING | 16,000.00 | 0.00 | | 0.00 | FA |
| 16. CONTINGENT CLAIMS | Unknown | 18,396.67 | | 27,595.00 | FA |
| 17. GENERAL INTANGIBLES | 0.00 | 0.00 | | 0.00 | FA |
| 18. VEHICLES - 2007 Harley Davidson Roadking | 10,000.00 | 7,600.00 | | 0.00 | FA |
| 19. VEHICLES - 2007 Honda Shadow | 0.00 | 0.00 | | 0.00 | FA |
| 20. VEHICLES - 2007 Mitsubishi Galant | 12,000.00 | 0.00 | | 0.00 | FA |
| 21. VEHICLES 2002 Ford Ranger | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 22. VEHICLES - 1969 Lincoln Continental | 0.00 | 0.00 | | 0.00 | FA |
| 23. ANIMALS | 100.00 | 100.00 | | 0.00 | FA |
| 24. VOID                    (u) | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 11-49639 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CURTIS D. ELZY | | | | Date Filed (f) or Converted (c): | 12/10/2011 (f) |
| | JACKIE R. ELZY | | | | 341(a) Meeting Date: | 01/27/2012 |
| For Period Ending: | 11/18/2014 | | | | Claims Bar Date: | 09/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $288,838.03   $29,740.58        $27,595.00   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SUBMITTED A TFR TO THE UST FOR REVIEW.

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | Archer Bank Checking Account #9618 |
| RE PROP # | 5 | -- | Chase Checking Account #7467 |
| RE PROP # | 6 | -- | Pool table, 5 t.v.'s, 2 computers, laptop, 3 beds, 3 dressers, 2 night stands, 2 sofas, 2 couches, 2 chairs, dining room table and 6 chairs, kitchen table and 4 stools, refrigerator, stove, microwave, pots, pans, utensils |
| RE PROP # | 7 | -- | Refrigerator and stove in each unit in buildings (3) |
| RE PROP # | 8 | -- | Necessary wearing apparel |
| RE PROP # | 9 | -- | wedding ring, costume jewelry |
| RE PROP # | 10 | -- | 2 digital cameras |
| RE PROP # | 11 | -- | homeowners' insurance |
| RE PROP # | 12 | -- | health insurance |
| RE PROP # | 13 | -- | term life |
| RE PROP # | 14 | -- | whole life |
| RE PROP # | 15 | -- | IRA (Deferred Annuity) American General Acct# 3888; amount is approximate |
| RE PROP # | 16 | -- | claim against Pepsi-Cola General Bottlers, Inc. for unlawful termination - Exemption disallowed - Court Order 7/26/12. |
| RE PROP # | 17 | -- | nursing license |
| RE PROP # | 18 | -- | 2007 Harley Davidson Roadking |
| RE PROP # | 19 | -- | 2007 Honda Shadow Co-Debtor Maisha M. Bell; paid for by Maisha M. Bell |
| RE PROP # | 20 | -- | 2007 Mitsubishi Galant |
| RE PROP # | 21 | -- | 2002 Ford Ranger |
| RE PROP # | 22 | -- | 1969 Lincoln Continental (inoperable) |
| RE PROP # | 23 | -- | Cane Corso dog |

Initial Projected Date of Final Report (TFR): 08/01/2013         Current Projected Date of Final Report (TFR): 06/15/2014

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-49639 | Trustee Name: Frances Gecker |
| Case Name: CURTIS D. ELZY | Bank Name: Congressional Bank |
| JACKIE R. ELZY | Account Number/CD#: XXXXXX7896 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX3505 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/18/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*          Page Subtotals:          $0.00          $0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| Case No: 11-49639 | Trustee Name: | Frances Gecker |
| Case Name: CURTIS D. ELZY | Bank Name: | The Bank of New York Mellon |
| JACKIE R. ELZY | Account Number/CD#: | XXXXXX7369 |
| | | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3505 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 11/18/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | PBC BOTTLING GROUP, LLC | Settlement of PI Claim | | $18,396.67 | | $18,396.67 |
| | | | Gross Receipts $27,595.00 | | | | |
| | | TOBIN & MUNOZ, LLC<br>Tobin & Munoz, LLC | Order dated 1/3/13 ($9,198.33) | 3210-000 | | | |
| | 16 | | CONTINGENT CLAIMS $27,595.00 | 1149-000 | | | |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $16.60 | $18,380.07 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.10 | $18,365.97 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $27.30 | $18,338.67 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.38 | $18,312.29 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $27.23 | $18,285.06 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.31 | $18,258.75 |
| 08/06/13 | 10001 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTERCINCINNATI, OH 45999-0148 | FEIN: 46-6173505 1041 - 2013 | 2810-000 | | $149.00 | $18,109.75 |
| 08/06/13 | 10002 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19009Springfield, IL 62794-9009 | FEIN: 46-6173505 2013 - IL-1041 | 2820-000 | | $459.00 | $17,650.75 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $27.15 | $17,623.60 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.58 | $17,597.02 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.32 | $17,571.70 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.12 | $17,545.58 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*  Page Subtotals:  $18,396.67  $851.09

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 11-49639 | Trustee Name: Frances Gecker |
| Case Name: CURTIS D. ELZY | Bank Name: The Bank of New York Mellon |
| JACKIE R. ELZY | Account Number/CD#: XXXXXX7369 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3505 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 11/18/2014 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.24 | $17,520.34 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.05 | $17,494.29 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.01 | $17,468.28 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $23.46 | $17,444.82 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.94 | $17,418.88 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.06 | $17,393.82 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.86 | $17,367.96 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $24.99 | $17,342.97 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $18,396.67 | $1,053.70 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,396.67 | $1,053.70 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,396.67 | $1,053.70 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*      Page Subtotals:      $0.00      $202.61

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7369 - Checking Account (Non-Interest Earn | $18,396.67 | $1,053.70 | $17,342.97 |
| XXXXXX7896 - GENERAL CHECKING | $0.00 | $0.00 | $0.00 |
| | $18,396.67 | $1,053.70 | $17,342.97 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $9,198.33 |
| Total Net Deposits: | $18,396.67 |
| Total Gross Receipts: | $27,595.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-49639-JPC  
Debtor Name: CURTIS D. ELZY  
Claims Bar Date: 9/13/2012  
Date: November 18, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 1 2100 | FRANCES GECKER<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $3,509.50 | $3,509.50 |
| 1 3110 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL 60654 | Administrative | | $0.00 | $7,197.51 | $7,197.51 |
| 1 3210 | TOBIN & MUNOZ, LLC<br>Tobin & Munoz, LLC | Administrative | | $0.00 | $9,198.33 | $9,198.33 |
| 1 3410 | ALAN D. LASKO &<br>ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS 60603 | Administrative | | $0.00 | $1,768.87 | $1,768.87 |
| 6A 40 5800 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101 | Priority | (6-1) MODIFIED ON 6/25/2012 TO CORRECT/COMPLETE ADDRESS(PG) | $0.00 | $3,996.74 | $3,996.74 |
| 8A 40 5800 | ILLINOIS DEPARTMENT OF<br>REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL 60664-0338 | Priority | | $0.00 | $3,185.86 | $3,185.86 |
| 1 70 7100 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $1,355.19 | $1,355.19 |
| 2 70 7100 | CITIBANK<br>OF CITIBANK<br>RESURGENT CAPITAL<br>SERVICES<br>PO BOX 19008<br>GREENVILLE, SC 29602 | Unsecured | | $0.00 | $8,154.03 | $8,154.03 |
| 3 70 7100 | WORLD FINANCIAL<br>NETWORK BANK<br>WORLD FINANCIAL<br>NETWORK BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | (3-1) UNSECURED DEBT | $0.00 | $532.74 | $532.74 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 1:11-49639-JPC  
Debtor Name: CURTIS D. ELZY  
Claims Bar Date: 9/13/2012  

Date: November 18, 2014

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 4 70 7100 | WORLD FINANCIAL NETWORK BANK<br>WORLD FINANCIAL NETWORK BANK<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Unsecured | (4-1) UNSECURED DEBT | $0.00 | $1,974.24 | $1,974.24 |
| 5 70 7100 | WORLD FINANCIAL NETWORK BANK<br>WORLD FINANCIAL NETWORK BANK<br>PO BOX 788<br>KIRKLAND, WA  98083-0788 | Unsecured | (5-1) UNSECURED DEBT | $0.00 | $1,138.97 | $1,138.97 |
| 7 70 7100 | CITIBANK, N. A.<br>C/O AMERICAN INFOSOURCE LP<br>PO BOX 248840<br>OKLAHOMA CITY, OK  73124-8840 | Unsecured | | $0.00 | $504.04 | $504.04 |
| 6 300 7100 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101 | Unsecured | | $0.00 | $406.12 | $406.12 |
| 8 300 7100 | ILLINOIS DEPARTMENT OF REVENUE<br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois  60664-0338 | Unsecured | | $0.00 | $1,583.24 | $1,583.24 |
| | Case Totals | | | $0.00 | $44,505.38 | $44,505.38 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-49639
Case Name: CURTIS D. ELZY
 JACKIE R. ELZY
Trustee Name: Frances Gecker

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: FRANCES GECKER | $ | $ | $ |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ | $ | $ |
| Other: TOBIN & MUNOZ, LLC | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $_____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 6A | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 8A | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

Total to be paid to priority creditors                                    $_____

Remaining Balance                                                              $_____

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ | $ | $ |
| 2 | CITIBANK | $ | $ | $ |
| 3 | WORLD FINANCIAL NETWORK BANK | $ | $ | $ |
| 4 | WORLD FINANCIAL NETWORK BANK | $ | $ | $ |
| 5 | WORLD FINANCIAL NETWORK BANK | $ | $ | $ |
| 7 | CITIBANK, N. A. | $ | $ | $ |
| 6 | INTERNAL REVENUE SERVICE | $ | $ | $ |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE