# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | No. 11-49639 |
| | ) | |
| CURTIS D. ELZY and JACKIE R. ELZY, | ) ) | Chapter 7 |
| | ) | Honorable Jacqueline P. Cox |
| Debtors. | ) ) | |
| | ) | **Hearing Date: January 8, 2015** |
| | ) | **Hearing Time: 9:30 a.m.** |
| | ) | **Room No.: 680** |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT on **January 8, 2015**, at **9:30 a.m.**, we shall appear before the Honorable Jacqueline P. Cox, or such other judge as may be sitting in her stead, in Courtroom 680 at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached **Trustee's Application for Compensation and Expenses.**

Dated: November 20, 2014

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　By:　　/s/ *Frances Gecker*
　　　　　　　　　　　　　　　　　　　Frances Gecker, Chapter 7 Trustee

Frances Gecker (IL ARDC #6198450)
FRANKGECKER LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1400
(312) 276-0035 (fax)

{ELZY/001/00040064.DOC/}

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| ELZY, CURTIS D. | ) | Case No. 11-49639-JPC |
| ELZY, JACKIE R. | ) | |
| | ) | Hon. Jacqueline P. Cox |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO: THE HONORABLE Jacqueline P. Cox

NOW COMES Frances Gecker, Trustee herein, pursuant to 11 U.S.C. §330, and requests $3,509.50 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $27,595.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $2,259.50 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $3,509.50 | |

{ELZY/001/00040063.DOC/}

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                       $0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Respectfully Submitted

/s/ Frances Gecker
Frances Gecker not individually but as Chapter 7 Trustee of the Estate of CURTIS D. ELZY and JACKIE R. ELZY

Frances Gecker (IL ARDC# 6198450)
FRANKGECKER LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60654
(312) 276-1401
(312) 276-0035 (Facsimile)

Dated:   9/24/14

{ELZY/001/00040063.DOC/}

# EXHIBIT A

**FG FrankGecker**                                                      www.fgllp.com

September 24, 2014

Frances Gecker, Chapter 7 Trustee                                       FEIN 20-1952153
Frank/Gecker LLP
325 N. LaSalle Street, Suite 625
Chicago, IL 60654

**Regarding:**   **In re: Curtis and Jackie Elzy ; Case No. 11-49639**
                 **TRUSTEE MATTER**

For Professional Services Rendered:   1/27/2012   through   9/30/2014
                                                                        Invoice #:   6346
Per Attached Description:

| | |
|---|---:|
| Fees............................................................................................................ | $3,509.50 |
| Disbursements........................................................................................... | $0.00 |
| Total Fees and Disbursements................................................................ | $3,509.50 |
| Previous Balance....................................................................................... | $0.00 |
| Payments.................................................................................................... | $0.00 |
| **Total Amount Due**.................................................................................... | **$3,509.50** |

325 N. LaSalle, Suite 625  |  Chicago, Illinois 60654  |  Ph: 312.276.1400  |  Fx: 312.276.0035

Frances Gecker, Chapter 7 Trustee                                                        Page    2

Invoice Dated:   September 24, 2014

---

**Regarding:**   In re: Curtis and Jackie Elzy ; Case No. 11-49639
                 **TRUSTEE MATTER**

For Professional Services Rendered Through September 30, 2014               Invoice #:   6346
Per Attached Description:

|  |  | Hours |
|---|---|---:|
| 8/22/2012 | Input amended schedules; telephone conference with Zane Zielinski regarding same.<br>Christina S. Smith | 0.80<br>$175.00 |
| 1/25/2013 | Draft, revise and file motion to employ Alan Lasko as Trustee's accountant (1.1); docket and serve same (.50).<br>Christina S. Smith | 1.60<br>$175.00 |
| 2/12/2013 | Open new bank account (.20); deposit several checks into account (.30); copy and send checks for deposit to Bank of New York Mellon via FedEx overnight delivery (.20).<br>Christina S. Smith | 0.70<br>$175.00 |
| 3/12/2013 | Reconcile bank account; review statements from Congressional Bank and BNY Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.30<br>$175.00 |
| 4/11/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 5/6/2013 | Review Debtors' documents and claimants' correspondence update file maintenance system.<br>Christina S. Smith | 0.50<br>$175.00 |
| 5/7/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 6/11/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 8/6/2013 | Receive and review tax returns (.20); draft and send 505(b) letter to IRS (.50); draft checks to IRS from estate (.20); scan tax form and send to accountant for processing (.10).<br><br>Christina S. Smith | 1.00<br>$175.00 |
| 8/8/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |

Frances Gecker, Chapter 7 Trustee                                              Page    3

Invoice Dated:    September 24, 2014

---

**Regarding:**    In re: Curtis and Jackie Elzy ; Case No. 11-49639
                  **TRUSTEE MATTER**

For Professional Services Rendered Through September 30, 2014           Invoice #:   6346
Per Attached Description:

                                                                                                         Hours

| Date | Description | Hours / Amount |
|---|---|---:|
| 9/13/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 10/8/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 11/14/2013 | Reconcile bank account; review statements from Bank of New York Mellon; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 1/15/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.10<br>$175.00 |
| 2/11/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 3/19/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 4/16/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 5/16/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 6/9/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 7/9/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 8/5/2014 | Draft motion to employ trustee's counsel.<br>Christina S. Smith | 0.80<br>$175.00 |

Frances Gecker, Chapter 7 Trustee                                                    Page   4

Invoice Dated:  September 24, 2014

---

**Regarding:**   **In re: Curtis and Jackie Elzy ; Case No. 11-49639**
**TRUSTEE MATTER**

For Professional Services Rendered Through September 30, 2014                Invoice #:  6346
Per Attached Description:

|  |  | Hours |
|---|---|---:|
| 8/5/2014 | Import and review claims and assets in case in preparation of trustee's final report (.80); review schedules (.50).<br>Christina S. Smith | 1.30<br>$175.00 |
| 8/6/2014 | Revise motion to employ FrankGecker LLP as Trustee's counsel (.90); draft and revise affidavit and proposed order regarding same (.70); file and serve motion to employ Trustee's counsel (.10).<br>Christina S. Smith | 1.70<br>$175.00 |
| 8/18/2014 | Reconcile bank account; review bank statements; audit Form 2; review checks and deposits.<br>Christina S. Smith | 0.20<br>$175.00 |
| 9/17/2014 | Begin drafting first and final fee application of trustee's counsel.<br>Christina S. Smith | 1.00<br>$175.00 |
| 9/23/2014 | Prepare Trustee's Notice of Hearing; request for compensation and order to accompany Trustee's final report (.80).<br>Christina S. Smith | 0.80<br>$175.00 |
| 9/23/2014 | Prepare Trustee's Counsel's Cover Sheet, Notice of Hearing and order to accompany Trustee's final report. (.80).<br>Christina S. Smith | 0.80<br>$175.00 |
| 9/23/2014 | Prepare Trustee's Accountant's Notice of Hearing, cover sheet and order to accompany Trustee's final report (.80).<br>Christina S. Smith | 0.80<br>$175.00 |
| 9/23/2014 | Review and revise time entries of trustee's counsel in preparation of final fee application.<br>Christina S. Smith | 1.50<br>$175.00 |
| 9/24/2014 | Review and revise final fee application of trustee's counsel.<br>Christina S. Smith | 1.90<br>$175.00 |
| 9/24/2014 | Finalize trustee's final report and accompanying documentation for submission to United States Trustee for review.<br>Christina S. Smith | 1.90<br>$175.00 |
| 9/24/2014 | [Projected] Review schedules, claims and assets; prepare Trustee's Final Account and Final Distribution Report and accompanying reports for submission to United States Trustee.<br>Christina S. Smith | 2.10<br>$175.00 |

Frances Gecker, Chapter 7 Trustee                                                                            Page   5

Invoice Dated:  September 24, 2014

---

**Regarding:** In re: Curtis and Jackie Elzy ; Case No. 11-49639
**TRUSTEE MATTER**

For Professional Services Rendered Through September 30, 2014                  Invoice #:   6346
Per Attached Description:

|  | Hours | Amount |
|---|---|---|
|  | 22.40 | $3,509.50 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Christina S. Smith | 22.40 | 175.00 | $3,509.50 |

**Total Due: This Matter**                                                                          **$3,509.50**