# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
　　　　　　　　　　　　　　　§
CURTIS D. ELZY　　　　　　　§   Case No. 11-49639
JACKIE R. ELZY　　　　　　　§
　　　　　　　　　　　　　　　§
　　　　　Debtor(s)　　　　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

　　　　Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Frances Gecker, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
　　　　　　　　　　219 S. Dearborn Street
　　　　　　　　　　Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 01/08/2015 in Courtroom 680 (Judge Cox),
　　　　　　　　　　EVERETT MCKINLEY DIRKSEN - U.S. COURTHOUSE
　　　　　　　　　　219 S. DEARBORN STREET
　　　　　　　　　　CHICAGO, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____　　　　　　　By: _____

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
CURTIS D. ELZY § Case No. 11-49639
JACKIE R. ELZY §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 27,595.00 |
| and approved disbursements of | $ | 10,252.03 |
| leaving a balance on hand of[1] | $ | 17,342.97 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: FRANCES GECKER | $ 3,509.50 | $ 0.00 | $ 3,509.50 |
| Attorney for Trustee Fees: FRANKGECKER LLP | $ 7,197.51 | $ 0.00 | $ 7,197.51 |
| Accountant for Trustee Fees: ALAN D. LASKO & ASSOCIATES P. C. | $ 1,768.87 | $ 0.00 | $ 1,768.87 |
| Other: TOBIN & MUNOZ, LLC | $ 9,198.33 | $ 9,198.33 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 12,475.88 |
| Remaining Balance | $ 4,867.09 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 7,182.60 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6A | INTERNAL REVENUE SERVICE | $ 3,996.74 | $ 0.00 | $ 2,708.28 |
| 8A | ILLINOIS DEPARTMENT OF REVENUE | $ 3,185.86 | $ 0.00 | $ 2,158.81 |
| | Total to be paid to priority creditors | | | $ 4,867.09 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 15,648.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 1,355.19 | $ 0.00 | $ 0.00 |
| 2 | CITIBANK | $ 8,154.03 | $ 0.00 | $ 0.00 |
| 3 | WORLD FINANCIAL NETWORK BANK | $ 532.74 | $ 0.00 | $ 0.00 |
| 4 | WORLD FINANCIAL NETWORK BANK | $ 1,974.24 | $ 0.00 | $ 0.00 |
| 5 | WORLD FINANCIAL NETWORK BANK | $ 1,138.97 | $ 0.00 | $ 0.00 |

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 7 | CITIBANK, N. A. | $ 504.04 | $ 0.00 | $ 0.00 |
| 6 | INTERNAL REVENUE SERVICE | $ 406.12 | $ 0.00 | $ 0.00 |
| 8 | ILLINOIS DEPARTMENT OF REVENUE | $ 1,583.24 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to timely general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Frances Gecker
Chapter 7 Trustee

*Frances Gecker*
*325 N. LaSalle Street*
*Suite 625*
*Chicago, IL  60654*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 11-49639-JPC
Curtis D. Elzy                                                           Chapter 7
Jackie R. Elzy
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: pseamann           Page 1 of 2           Date Rcvd: Nov 21, 2014
                              Form ID: pdf006          Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2014.
```
db/jdb         +Curtis D. Elzy,    Jackie R. Elzy,    9253 S. Lowe Ave.,    Chicago, IL 60620-2352
aty            +William Cross,    Frank/Gecker LLP,    325 N. LaSalle St.,    Chicago, IL 60654-6465
18158679        ACL Laboratories,    P.O. Box 27901,    West Allis, WI 53227-0901
18158680       +Advocate Christ Hospital,    c/o Illinois Collection Service Inc,    PO Box 1010,
                 Tinley Park, IL 60477-9110
18158681        Advocate Medical Group,    21014 Network Place,    Chicago, IL 60673-1223
18158684       +BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC,    HOME LOANS SERVICING, LP etal,
                 PIERCE & ASSOCIATES, P.C.,    1 North Dearborn, Suite 1300,    Chicago, Illinois 60602-4373
18158694       ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Home Depot Credit Services,    P. O. Box 689147,
                 Des Moines, IA 50364)
18158685        Chase,   Cardmember Service,    PO BOX 15153,    Wilmington, DE 19886-5153
18158686        Chicago Imaging, Ltd.,    P.O. Box 3183,    Carol Stream, IL 60132-3183
18158687       +City of Chicago - Dept. of Water,    P.O. Box 6330,    Chicago, IL 60680-6330
18158690       +DFS Services, LLC,    c/o Zwicker & Associates,    80 Minuteman Road,    Andover, MA 01810-1008
18158692       +Dish Network,    Dept 0063,    Palatine, IL 60055-0001
18158693       +Harris Bank,    P.O. Box 2880,    Chicago, IL 60690-2880
18158710       ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                 (address filed with court:  State of Illinois,    Department of Revenue,
                 100 W. Randolph Street, Concourse,    Chicago, IL 60601)
19273764        Illinois Department of Revenue,    Bankruptcy Section,    PO Box 64338,    Chicago, IL 60664-0338
18158697        Ingalls Memorial Hospital,    P.O. Box 5435; Dept 0028,    Carol Stream, IL 60197-5435
18158696        Ingalls Memorial Hospital,    P.O. Box 5995,    Peoria, IL 61601-5995
18158700        M. Lewanzer Lassiter,    2555 S. Martin Luther King Drive,    Chicago, IL 60616-2419
18158701       +Maisha Bell,    5409 S. Carpenter,    Chicago, IL 60609-6047
18158702       +Mercedes-Benz,    P.O. Box 9001680,    Louisville, KY 40290-1680
18158703       +Mercedes-Benz Financial,    6716 Grade Lane,    Building 9, Suite 910,
                 Louisville, KY 40213-3410
18158704       +Mercy Hospital,    c/o Nationwide Credit & Collection,    815 Commerce Drive, Suite 100,
                 Oak Brook, IL 60523-8839
18158706       +Pierce & Associates,    1 North Dearborn Street,    Suite 1300,    Chicago, IL 60602-4373
18158707        Quest Diagnostics,    P.O. Box 64804,    Baltimore, MD 21264-4804
18158708       +Roy B. Guster D.D.S., P.C.,    9524 S. Halsted St.,    PO Box 436969,    Chicago, IL 60643-6969
18158709       +Sherria Flowers,    1103 Cornwalis Lane,    Munster, IN 46321-2834
18158713       +WFNNB - Limited,    PO Box 659728,    San Antonio, TX 78265-9728
18158714       +WFNNB - The Room Place,    PO Box 659704,    San Antonio, TX 78265-9704
18158712       +Wells Fargo Home Mortgage,    PO Box 6423,    Carol Stream, IL 60197-6423
18158715       +World Financial Netwwork,    National Bank,    PO Box 182273,    Columbus, OH 43218-2273
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18158683        E-mail/Text: g17768@att.com Nov 22 2014 01:47:21      AT & T,   P.O. Box 8100,
                 Aurora, IL 60507-8100
18158682       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 22 2014 01:50:07
                 American Family Insurance,    c/o Credit Collection Services,    2 Wells Avenue,
                 Newton Center, MA 02459-3225
19060882        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 22 2014 01:56:25      Citibank, N.A.,
                 c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK   73124-8840
18158688       +E-mail/Text: collections@cafcu.org Nov 22 2014 01:49:32      Corporate America Family,
                 Credit Union,    2075 Big Timber Road,    Elgin, IL 60123-1140
18158689       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 22 2014 01:50:07
                 Credit Collection Services,    Two Wells Avenue,    Newton Center, MA 02459-3246
19043426        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2014 01:53:44      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
18158691        E-mail/PDF: mrdiscen@discoverfinancial.com Nov 22 2014 01:53:44      Discover Card,
                 P.O. Box 6103,    Carol Stream, IL 60197-6103
21665833        E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2014 01:53:44      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
18158695       +E-mail/PDF: gecsedi@recoverycorp.com Nov 22 2014 01:55:07      Honda Card/GEMB,    PO Box 960061,
                 Orlando, FL 32896-0061
18158698        E-mail/Text: cio.bncmail@irs.gov Nov 22 2014 01:47:41      Internal Revenue Service,
                 Dept. of the Treasury,    Cincinnati, OH 45999-0030
19048677       +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 22 2014 01:55:08
                 PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                 PO Box 19008,    Greenville, SC 29602-9008
19055256        E-mail/Text: bnc-quantum@quantum3group.com Nov 22 2014 01:48:07
                 Quantum3 Group LLC as agent for,    World Financial Network Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                               TOTAL: 12
```

```
District/off: 0752-1          User: pseamann           Page 2 of 2            Date Rcvd: Nov 21, 2014
                              Form ID: pdf006          Total Noticed: 42

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18158711*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:   The Children's Place Plan,    Processing Center,
                 Des Moines, IA 50364)
18158699*       +Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
18158705       ##+Noonan & Lieberman, Ltd,    105 W. Adams St.,    Suite 1100,    Chicago, IL 60603-6238
18158716       ##+Zwicker & Associates, P.C.,    PO Box 101145,    Birmingham, AL 35210-6145
                                                                                 TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2014 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME
               LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Frances Gecker    fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Frances Gecker    on behalf of Accountant Alan D. Lasko fgecker@fgllp.com,
               fgecker@ecf.epiqsystems.com;zzielinski@fgllp.com;csmith@fgllp.com
              Joel A Schechter, ESQ    on behalf of Joint Debtor Jackie R. Elzy joelschechter@covad.net
              Joel A Schechter, ESQ    on behalf of Debtor Curtis D. Elzy joelschechter@covad.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Thomas C. Crooks    on behalf of Trustee Frances  Gecker tcrooks@barristers.com,
               kdavis@barristers.com
              Toni Dillon    on behalf of Creditor    THE BANK OF NEW YORK MELLON tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Yanick Polycarpe    on behalf of Creditor    Bank of America, N.A. ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Zane L Zielinski    on behalf of Trustee Frances  Gecker zzielinski@fgllp.com,
               csmith@fgllp.com;dortiz@fgllp.com;ccarpenter@fgllp.com
                                                                                             TOTAL: 10
```