UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: | BK No.: 11-49639 |
| CURTIS D. ELZY and JACKIE R. ELZY, | Chapter: 7 |
| | Honorable Jacqueline Cox |
| Debtor(s) | |

**ORDER GRANTING FIRST AND FINAL APPLICATION OF FRANKGECKER LLP FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES**

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of FrankGecker LLP For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given to all unpaid creditors; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. FrankGecker LLP is hereby allowed reasonable compensation for actual, necessary legal services in the amount of $7,193.50;

2. FrankGecker LLP is hereby allowed reimbursement of actual, necessary expenses in the amount of $4.01; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of CURTIS D. ELZY and JACKIE R. ELZY, is hereby authorized to pay FrankGecker LLP compensation and expense reimbursement in the total amount of $7,197.51.

Enter:

/s/ Jacqueline P. Cox
J. Cox
United States Bankruptcy Judge

Dated: JAN 08 2015

**Prepared by:**
Zane L. Zielinski (IL ARDC #6278776)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com

Rev: 20120501_bko