UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    11-49639 |
| | ) | |
| CURTIS D. ELZY and JACKIE R. ELZY, | ) | Chapter:  7 |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER AUTHORIZING FIRST AND FINAL APPLICATION OF ALAN D. LASKO & ASSOCIATES, P.C. FOR ALLOWANCE OF COMPENSATION AND EXPENSES

THIS MATTER COMING ON TO BE HEARD upon the First and Final Application of Alan D. Lasko & Associates, P.C. For Allowance Of Compensation And Reimbursement Of Expenses; due and proper notice having been given; the Court having heard from all interested parties and being fully advised in the premises; and the Court having jurisdiction over this core proceeding;

IT IS HEREBY ORDERED THAT:

1. Alan D. Lasko & Associates, P.C. is hereby allowed reasonable compensation for actual, necessary accounting services in the amount of $1,759.65;

2. Alan D. Lasko & Associates, P.C. is hereby allowed reimbursement of actual, necessary expenses in the amount of $9.22; and

3. Frances Gecker, not individually, but as Chapter 7 Trustee of the bankruptcy estate of CURTIS D. ELZY and JACKIE R. ELZY, is hereby authorized to pay Alan D. Lasko & Associates, P.C. for their reasonable compensation and expenses in the amount of $1,768.87.

Enter:

J. Cox

*Jacqueline B. Cox*

United States Bankruptcy Judge

Dated:   **JAN 08 2015**

**Prepared by:**
Zane L. Zielinski (IL ARDC #6278776)
FrankGecker LLP
325 N. LaSalle Street, Suite 625
Chicago, Illinois 60654
Tel: (312) 276-1400
Fax: (312) 276-0035
zzielinski@fgllp.com