UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                             §
                                   §
CURTIS D. ELZY                     §    Case No. 11-49639
JACKIE R. ELZY                     §
                                   §
                                   §
         Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Frances Gecker, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4) This case was originally filed under chapter   on              . The case was pending for     months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Frances Gecker_____
                                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BAC Home Loans Servicing, LP PO Box 650070 Dallas, TX 75265 | | | | | |
| | BAC Home Loans Servicing, LP PO Box 650070 Dallas, TX 75265 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Corporate America Family Credit Union 2075 Big Timber Road Elgin, IL 60123 | | | | | |
| | Harris Bank P.O. Box 2880 Chicago, IL 60690 | | | | | |
| | Wells Fargo Home Mortgage PO Box 6423 Carol Stream, IL 60197 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANCES GECKER | | | | | |
| Suite 420 701 Poydras Street New Orleans, LA  70139 | | | | | |
| Bank of New York Mellon | | | | | |
| INTERNAL REVENUE SERVICE CENTER CINCINNATI, OH  45999-0148 | | | | | |
| P.O. Box 19009 Springfield, IL  62794-9009 | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| FRANKGECKER LLP | | | | | |
| TOBIN & MUNOZ, LLC | | | | | |
| ALAN D. LASKO & ASSOCIATES P. C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126,M/S N781 Philadelphia, PA 19114 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126,M/S N781 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126,M/S N781 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service Centralized Insolvency Operations P.O. Box 21126,M/S N781 Philadelphia, PA 19114 | | | | | |
| | Internal Revenue Service Dept. of the Treasury Cincinnati, OH 45999-0030 | | | | | |
| | Sherria Flowers;1103 Cornwalis Lane;Munster, IN 46321 | | | | | |
| | State of Illinois Department of Revenue 100 W. Randolph Street, Concourse Chicago, IL 60601 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 6A | INTERNAL REVENUE SERVICE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL Laboratories P.O. Box 27901 West Allis, WI 53227-0901 | | | | | |
| | Advocate Christ Hospital c/o Illinois Collection Service Inc PO Box 1010 Tinley Park, IL 60477 | | | | | |
| | Advocate Medical Group 21014 Network Place Chicago, IL 60673-1223 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Family Insurance c/o Credit Collection Services 2 Wells Avenue Newton Center, MA 02459 | | | | | |
| | AT & T P.O. Box 8100 Aurora, IL 60507-8100 | | | | | |
| | Chase Cardmember Service PO BOX 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Service PO BOX 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chase Cardmember Service PO BOX 15153 Wilmington, DE 19886-5153 | | | | | |
| | Chicago Imaging, Ltd. P.O. Box 3183 Carol Stream, IL 60132-3183 | | | | | |
| | City of Chicago - Dept. of Water P.O. Box 6330 Chicago, IL 60680 | | | | | |
| | City of Chicago - Dept. of Water P.O. Box 6330 Chicago, IL 60680 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DFS Services, LLC c/o Zwicker & Associates 80 Minuteman Road Andover, MA 01810 | | | | | |
| | Discover Card P.O. Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Dish Network Dept 0063 Palatine, IL 60055 | | | | | |
| | Home Depot Credit Services P. O. Box 689147 Des Moines, IA 50364 | | | | | |
| | Honda Card/GEMB PO Box 960061 Orlando, FL 32896 | | | | | |
| | Ingalls Memorial Hospital P.O. Box 5995 Peoria, IL 61601-5995 | | | | | |
| | M. Lewanzer Lassiter 2555 S. Martin Luther King Drive Chicago, IL 60616-2419 | | | | | |
| | Mercedes-Benz Financial 6716 Grade Lane Building 9, Suite 910 Louisville, KY 40213 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mercy Hospital c/o Nationwide Credit & Collection 815 Commerce Drive, Suite 100 Oak Brook, IL 60523 | | | | | |
| | Quest Diagnostics P.O. Box 64804 Baltimore, MD 21264-4804 | | | | | |
| | Roy B. Guster D.D.S., P.C. 9524 S. Halsted St. PO Box 436969 Chicago, IL 60643 | | | | | |
| | The Children's Place Plan Processing Center Des Moines, IA 50364 | | | | | |
| | WFNNB - Limited PO Box 659728 San Antonio, TX 78265 | | | | | |
| | WFNNB - The Room Place PO Box 659704 San Antonio, TX 78265 | | | | | |
| 2 | CITIBANK | | | | | |
| 7 | CITIBANK, N. A. | | | | | |
| 1 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 8 | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| 6 | INTERNAL REVENUE SERVICE | | | | | |
| 3 | WORLD FINANCIAL NETWORK BANK | | | | | |
| 4 | WORLD FINANCIAL NETWORK BANK | | | | | |
| 5 | WORLD FINANCIAL NETWORK BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-49639 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CURTIS D. ELZY | | | | Date Filed (f) or Converted (c): | 12/10/2011 (f) |
| | JACKIE R. ELZY | | | | 341(a) Meeting Date: | 01/27/2012 |
| For Period Ending: | 03/03/2015 | | | | Claims Bar Date: | 09/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 9253 S. LOWE CHICAGO, IL 60620 | 130,000.00 | 0.00 | | 0.00 | FA |
| 2. 5337 S. CARPENTER CHICAGO, IL 60609 | 80,000.00 | 0.00 | | 0.00 | FA |
| 3. 5334 S. CARPENTER CHICAGO, IL 60609 | 30,000.00 | 0.00 | | 0.00 | FA |
| 4. FINANCIAL ACCOUNTS - Archer Bank | 2,543.91 | 0.00 | | 0.00 | FA |
| 5. FINANCIAL ACCOUNTS - Chase | 709.16 | 0.00 | | 0.00 | FA |
| 6. HOUSEHOLD GOODS | 3,000.00 | 1,543.91 | | 0.00 | FA |
| 7. HOUSEHOLD GOODS | 0.00 | 0.00 | | 0.00 | FA |
| 8. WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 9. FURS AND JEWELRY | 500.00 | 500.00 | | 0.00 | FA |
| 10. FIREARMS AND HOBBY EQUIPMENT | 100.00 | 100.00 | | 0.00 | FA |
| 11. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 12. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 13. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 14. INSURANCE POLICIES | 1,634.96 | 0.00 | | 0.00 | FA |
| 15. PENSION / PROFIT SHARING | 16,000.00 | 0.00 | | 0.00 | FA |
| 16. CONTINGENT CLAIMS | Unknown | 18,396.67 | | 27,595.00 | FA |
| 17. GENERAL INTANGIBLES | 0.00 | 0.00 | | 0.00 | FA |
| 18. VEHICLES - 2007 Harley Davidson Roadking | 10,000.00 | 7,600.00 | | 0.00 | FA |
| 19. VEHICLES - 2007 Honda Shadow | 0.00 | 0.00 | | 0.00 | FA |
| 20. VEHICLES - 2007 Mitsubishi Galant | 12,000.00 | 0.00 | | 0.00 | FA |
| 21. VEHICLES 2002 Ford Ranger | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 22. VEHICLES - 1969 Lincoln Continental | 0.00 | 0.00 | | 0.00 | FA |
| 23. ANIMALS | 100.00 | 100.00 | | 0.00 | FA |
| 24. VOID                    (u) | Unknown | 0.00 | | 0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 11-49639 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | Frances Gecker |
|---|---|---|---|---|---|---|
| Case Name: | CURTIS D. ELZY | | | | Date Filed (f) or Converted (c): | 12/10/2011 (f) |
| | JACKIE R. ELZY | | | | 341(a) Meeting Date: | 01/27/2012 |
| For Period Ending: | 03/03/2015 | | | | Claims Bar Date: | 09/13/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $288,838.03 | $29,740.58 | | $27,595.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE HAS SUBMITTED A TFR TO THE UST FOR REVIEW.

| | | | |
|---|---|---|---|
| RE PROP # | 4 | -- | Archer Bank Checking Account #9618 |
| RE PROP # | 5 | -- | Chase Checking Account #7467 |
| RE PROP # | 6 | -- | Pool table, 5 t.v.'s, 2 computers, laptop, 3 beds, 3 dressers, 2 night stands, 2 sofas, 2 couches, 2 chairs, dining room table and 6 chairs, kitchen table and 4 stools, refrigerator, stove, microwave, pots, pans, utensils |
| RE PROP # | 7 | -- | Refrigerator and stove in each unit in buildings (3) |
| RE PROP # | 8 | -- | Necessary wearing apparel |
| RE PROP # | 9 | -- | wedding ring, costume jewelry |
| RE PROP # | 10 | -- | 2 digital cameras |
| RE PROP # | 11 | -- | homeowners' insurance |
| RE PROP # | 12 | -- | health insurance |
| RE PROP # | 13 | -- | term life |
| RE PROP # | 14 | -- | whole life |
| RE PROP # | 15 | -- | IRA (Deferred Annuity) American General Acct# 3888; amount is approximate |
| RE PROP # | 16 | -- | claim against Pepsi-Cola General Bottlers, Inc. for unlawful termination - Exemption disallowed - Court Order 7/26/12. |
| RE PROP # | 17 | -- | nursing license |
| RE PROP # | 18 | -- | 2007 Harley Davidson Roadking |
| RE PROP # | 19 | -- | 2007 Honda Shadow Co-Debtor Maisha M. Bell; paid for by Maisha M. Bell |
| RE PROP # | 20 | -- | 2007 Mitsubishi Galant |
| RE PROP # | 21 | -- | 2002 Ford Ranger |
| RE PROP # | 22 | -- | 1969 Lincoln Continental (inoperable) |
| RE PROP # | 23 | -- | Cane Corso dog |

Initial Projected Date of Final Report (TFR): 08/01/2013        Current Projected Date of Final Report (TFR): 06/15/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-49639 | Trustee Name: Frances Gecker |
| Case Name: CURTIS D. ELZY | Bank Name: Congressional Bank |
| JACKIE R. ELZY | Account Number/CD#: XXXXXX7896 |
| | GENERAL CHECKING |
| Taxpayer ID No: XX-XXX3505 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | No Transactions | | | | | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $0.00 | $0.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $0.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $0.00 |

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (10/1/2010) (Page: 15)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 11-49639 | Trustee Name: Frances Gecker | |
| Case Name: CURTIS D. ELZY | Bank Name: The Bank of New York Mellon | |
| JACKIE R. ELZY | Account Number/CD#: XXXXXX7369 | |
| | Checking Account (Non-Interest Earn | |
| Taxpayer ID No: XX-XXX3505 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 03/03/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | PBC BOTTLING GROUP, LLC | Settlement of PI Claim | | $18,396.67 | | $18,396.67 |
| | | | Gross Receipts $27,595.00 | | | | |
| | | TOBIN & MUNOZ, LLC<br>Tobin & Munoz, LLC | Order dated 1/3/13 ($9,198.33) | 3210-000 | | | |
| | 16 | | CONTINGENT CLAIMS $27,595.00 | 1149-000 | | | |
| 02/14/13 | 10000 | INTERNATIONAL SURETIES, LTD.<br>Suite 420701 Poydras StreetNew Orleans, LA 70139 | Blanket Bond #016026455 | 2300-000 | | $16.60 | $18,380.07 |
| 03/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $14.10 | $18,365.97 |
| 04/05/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $27.30 | $18,338.67 |
| 05/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.38 | $18,312.29 |
| 06/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $27.23 | $18,285.06 |
| 07/08/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.31 | $18,258.75 |
| 08/06/13 | 10001 | DEPARTMENT OF THE TREASURY INTERNAL REVENUE SERVICE CENTERCINCINNATI, OH 45999-0148 | FEIN: 46-6173505 1041 - 2013 | 2810-000 | | $149.00 | $18,109.75 |
| 08/06/13 | 10002 | ILLINOIS DEPT. OF REVENUE<br>P.O. Box 19009Springfield, IL 62794-9009 | FEIN: 46-6173505 2013 - IL-1041 | 2820-000 | | $459.00 | $17,650.75 |
| 08/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $27.15 | $17,623.60 |
| 09/09/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.58 | $17,597.02 |
| 10/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.32 | $17,571.70 |
| 11/07/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.12 | $17,545.58 |

Page Subtotals: $18,396.67 $851.09

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 11-49639 | Trustee Name: Frances Gecker |
| Case Name: CURTIS D. ELZY | Bank Name: The Bank of New York Mellon |
| JACKIE R. ELZY | Account Number/CD#: XXXXXX7369 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX3505 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 03/03/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/06/13 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.24 | $17,520.34 |
| 01/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.05 | $17,494.29 |
| 02/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $26.01 | $17,468.28 |
| 03/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $23.46 | $17,444.82 |
| 04/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.94 | $17,418.88 |
| 05/07/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.06 | $17,393.82 |
| 06/06/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $25.86 | $17,367.96 |
| 07/08/14 | | Bank of New York Mellon | BANK SERVICE FEE | 2600-000 | | $24.99 | $17,342.97 |
| 01/09/15 | 10003 | FRANCES GECKER<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $3,509.50 | $13,833.47 |
| 01/09/15 | 10004 | FRANKGECKER LLP<br>325 N. LaSalle Street<br>Suite 625<br>Chicago, IL  60654 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $7,197.51 | $6,635.96 |
| 01/09/15 | 10005 | ALAN D. LASKO & ASSOCIATES P. C.<br>29 SOUTH LASALLE STREET<br>SUITE 1240<br>CHICAGO, ILLINOIS  60603 | Final distribution representing a payment of 100.00 % per court order. | 3410-000 | | $1,768.87 | $4,867.09 |
| 01/09/15 | 10006 | INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA  19101 | Final distribution to claim 6 representing a payment of 67.76 % per court order. | 5800-000 | | $2,708.28 | $2,158.81 |
| 01/09/15 | 10007 | ILLINOIS DEPARTMENT OF REVENUE<br>BANKRUPTCY SECTION<br>P.O. BOX 64338<br>CHICAGO, IL  60664-0338 | Final distribution to claim 8 representing a payment of 67.76 % per court order. | 5800-000 | | $2,158.81 | $0.00 |

Page Subtotals: $0.00    $17,545.58

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

|  | | |
|---|---:|---:|
| COLUMN TOTALS | $18,396.67 | $18,396.67 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $18,396.67 | $18,396.67 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $18,396.67 | $18,396.67 |

Exhibit 9

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 18)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7369 - Checking Account (Non-Interest Earn | $18,396.67 | $18,396.67 | $0.00 |
| XXXXXX7896 - GENERAL CHECKING | $0.00 | $0.00 | $0.00 |
|  | $18,396.67 | $18,396.67 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $9,198.33 |
| Total Net Deposits: | $18,396.67 |
| Total Gross Receipts: | $27,595.00 |

Page Subtotals:    $0.00    $0.00